AO 240A (1/94)

# United States District Court

<u>SOUTHERN</u> DISTRICT OF <u>TEXAS</u>
<u>BROWNSVILLE</u> DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE MANUEL GARCIA-CAMPOS

Plaintiff

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

V.

CASE NUMBER: C.A.B-00-196

Defendant

UNITED STATES OF AMERICA

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

☐ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons:

The Petitioner appears to have the resources to pay the filing fee.

ENTER this <u>9th</u> day of <u>February</u>, ~~19~~ <u>2001</u>.

Signature of Judicial Officer

Felix Recio, U.S. Magistrate Judge
Name and Title of Judicial Officer