5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE MANUEL GARCIA-CAMPOS     *

VS     *    CIVIL ACTION NO. B-00-196
                                         (Criminal No. B-99-399)

UNITED STATES OF AMERICA     *

# N O T I C E

The Court hereby gives **NOTICE** to JOSE MANUEL GARCIA-CAMPOS, Plaintiff, that this Court will submit a report and recommendation to the United States District Court recommending that this cause of action be dismissed without prejudice for want of prosecution, unless the filing fee is paid or an application to proceed in forma pauperis with supporting documentation is filed.

DONE at Brownsville, Texas, this 4th day of June 2001.

_____
Felix Recio
United States Magistrate Judge