IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

8

U.S.A
Vs.
Jose Manuel Davila-Campos

ACTION NO. B 99-CR-399

B00CV196

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on _____, the Court STRUCK the filing entitled _Response and Motion to Dismiss Davila-Campos' Motion for Relief Under 28 UCS 2255_ because it did not comply with one or more of the following Local Rules:

1. ____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ✓ One or more of the following are not included beneath the attorney's signature:
   ✓ (a) state bar number; or
   ✓ (b) Southern District of Texas Federal Bar Number; or
   ✓ (c) office address including zip code; or
   ✓ (d) telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ____ A copy of the filing was not provided (LR 5.2).

5. ____ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6. ____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.1 (D), CrLR12.2).

7. ____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this _12th_ day of _September 2001_.

Felix Recio
**United States** Magistrate Judge