11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE MANUEL GARCIA-CAMPOS, Petitioner, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-00-196 CRIMINAL NO. B-99-399 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file, Petitioner's Post Conviction Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 is hereby DENIED, and the Government's Motion to Dismiss is hereby GRANTED.

DONE in Brownsville, Texas on this 7 day of December, 2001.

Hilda G. Tagle
United States District Judge

11